UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CHARLES LEE DEWEY, III, <br><br> Plaintiff, <br><br> v. <br><br> TANISHA QUIROGA and BADEUX, <br><br> Defendants. | CAUSE NO. 1:24-CV-528-PPS-AZ |

ORDER

Charles Lee Dewey, III, a prisoner without a lawyer, filed a motion asking to be appointed counsel. ECF 19. "There is no right to court-appointed counsel in federal civil litigation." *Olson v. Morgan*, 750 F.3d 708, 711 (7th Cir. 2014) (*citing Pruitt v. Mote*, 503 F.3d 647, 649 (7th Cir. 2007)). However, in some circumstances, the court may ask counsel to volunteer to represent indigent parties for free.

> When confronted with a request under § 1915(e)(1) for pro bono counsel, the district court is to make the following inquiries: (1) has the indigent plaintiff made a reasonable attempt to obtain counsel or been effectively precluded from doing so; and if so, (2) given the difficulty of the case, does the plaintiff appear competent to litigate it himself?

*Pruitt*, 503 F.3d at 654.

Here, the defendants have not yet appeared and filed an answer to the complaint. Until they respond, it is not clear what the issues in the case will be. Thus, the court cannot evaluate the difficulty of this case. *See Romanelli v. Suliene*, 615 F.3d 847, 852 (7th Cir. 2010) ("[T]he case [is] still in its infancy, thereby making it impossible at

[this] juncture to make any accurate determination regarding [the plaintiff's] abilities" or the difficulty of the case.).

For these reasons, the motion (ECF 19) is DENIED.

SO ORDERED on September 8, 2025

s/ Abizer Zanzi  
MAGISTRATE JUDGE ABIZER ZANZI  
UNITED STATES DISTRICT COURT