UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

CHARLES LEE DEWEY, III,

     Plaintiff,

        v.                                    CAUSE NO. 1:24-CV-528-PPS-AZ

TANISHA QUIROGA and BADEUX,

     Defendants.

ORDER

Charles Lee Dewey III, a prisoner without a lawyer, filed a premature motion for

summary judgment. ECF 20. The motion is premature because the Defendants have not

appeared or filed an answer, the Court has not entered a scheduling order, and the

Parties have not conducted discovery. "[A] district court has the inherent authority to

enforce a scheduling order to maintain the efficiency of its docket." *United States v.*

*Davis*, 77 Fed.Appx. 902, 906 (7th Cir. 2003). Therefore, I will deny the motion.

In addition, Dewey filed a motion for clerk's entry of default and default

judgment against the Defendants Tanisha Quiroga and Badeux. ECF 28. Default must

be entered "[w]hen a party against whom a judgment for affirmative relief is sought has

failed to plead or otherwise defend." FED. R. CIV. P. 55(a). Following an entry of default,

the court may enter default judgment against a party after determining the appropriate

amount of damages. Fed. R. Civ. P. 55(b)(2).

Dewey seeks an entry of default because the Defendants did not return a waiver

of service by the initial August 13, 2025, deadline. ECF 18. Dewey is mistaken that this

constitutes default. If a defendant does not waive service, they have no obligation to appear before the court and answer the complaint until they have been properly served with a summons and complaint. *See* FED. R. CIV. P. 12(a). Thus, the failure to return the waiver does not constitute a failure to plead or otherwise defend. Regardless, the request for a waiver was reissued on August 25, 2025, and the Defendants' response is due September 24, 2025. ECF 27. If they don't respond, then the Court will issue summons through the formal process. Until a defendant either waives service or is properly served, there cannot be a default.

For these reasons, the motions (ECF 20, ECF 28) are DENIED.

SO ORDERED on September 8, 2025.

/s/ Philip P. Simon
JUDGE
UNITED STATES DISTRICT COURT